**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Lucky # 5409, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-4491466** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **7240 W 79th Street** **Bridgeview, IL 60455** Number, Street, City, State & ZIP Code **Cook** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Lucky # 5409, Inc.** Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Azhar Chaudhry**    Relationship **Affiliate**

District **United States Bankruptcy Court Northern District of Illinois**    When **5/13/16**    Case number, if known

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Lucky # 5409, Inc.**  Case number (*if known*)
 Name

Debtor **Lucky # 5409, Inc.** _____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Lucky # 5409, Inc.**                                                                                     Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 13, 2016**
               MM / DD / YYYY

X **/s/ Azhar H. Chaudhry**                                              **Azhar H. Chaudhry**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Kevin H. Morse**                         Date **May 13, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Kevin H. Morse**
Printed name

**Arnstein & Lehr LLP**
Firm name

**120 South Riverside Plaza
Suite 1200
Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 876-7100**        Email address   **www.arnstein.com**

**6297244**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Lucky # 5409, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Carmen D. Caruso Law Firm<br>77 West Washington Street<br>Suite 1900<br>Chicago, IL 60602 | | | Unliquidated | | | $50,000.00 |
| Van Earden Foodservice<br>650 Ionia Avenue SW<br>Grand Rapids, MI 49503 | | | | | | $34,052.00 |
| McLane Food Service, Inc.<br>2085 Midway Road<br>Carrollton, TX 75006 | | | Disputed | | | $24,000.00 |
| Nicor Gas<br>Attn: Bankruptcy & Collections<br>P.O. Box 2020<br>Aurora, IL 60507 | | Gas Provider | | | | $8,500.00 |
| ComEd<br>P.O. Box 805379<br>Attn: Claims Department<br>Chicago, IL 60680 | | | | | | $4,500.00 |
| Vista Insurance<br>5105 Toll View Drive # 100<br>Rolling Meadows, IL 60008 | | | | | | $2,858.00 |

Debtor **Lucky # 5409, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Village of Bridgeview Department of Public Works** 7500 S. Oketo Avenue Bridgeview, IL 60455 | | **Water and Sewer** | | | | $2,300.00 |
| **AT & T** P.O. Box 5014 Carol Stream, IL 60197-1310 | | **Phone & Internet** | | | | $1,200.00 |
| **Environmental Recycling & Disposal** P.O. Box 675 Orland Park, IL 60462-0675 | | **Trash Disposal** | | | | $1,141.72 |
| **H&L Sewer Service** 1009 Church Hill Drive Bolingbrook, IL 60440 | | **Sewer Service** | | | | $850.00 |
| **Anderson Pest Solutions** P.O. Box 28020037 Jacksonville, FL 32260 | | **Pest Control** | | | | $750.00 |
| **B&E Leasing** P.O. Box 481 Burlington, WI 53105 | | **Dish Washing Machine** | | | | $659.00 |
| **Valpak of Chicago South/NWI** 5101 West 159th St Oak Forest, IL 60452 | | | | | | $564.29 |
| **Mahoney Environmental** 37458 Eagle Way Chicago, IL 60678 | | **Trap Services** | | | | $450.00 |
| **Grove Leasing Service** 8704 West 98th Place Palos Hills, IL 60465 | | **Ice Machine Lease** | | | | $440.00 |
| **All America Publishing** 5411 Kendall St Boise, ID 83706 | | **Marketing/Advertising** | | | | $374.00 |
| **NuCo2** P.O. Box 417902 Boston, MA 02241 | | **Co2 Tank Lease** | | | | $300.00 |

| Debtor | Lucky # 5409, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101** | | | **Unliquidated** | | | **$0.00** |
| **DineEquity, Inc.<br>c/o Nicole Durham-Mallory<br>450 N. Brand Blvd., 7th Floor<br>Glendale, CA 91203** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Empire Restaurant Group<br>10205 Mulberry Lane<br>Suite H<br>Bridgeview, IL 60455** | | | | | | **$0.00** |

All America Publishing
5411 Kendall St
Boise, ID 83706


Anderson Pest Solutions
P.O. Box 28020037
Jacksonville, FL 32260


AT & T
P.O. Box 5014
Carol Stream, IL 60197-1310


B&E Leasing
P.O. Box 481
Burlington, WI 53105


Carmen D. Caruso Law Firm
77 West Washington Street
Suite 1900
Chicago, IL 60602


ComEd
P.O. Box 805379
Attn: Claims Department
Chicago, IL 60680


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


DineEquity, Inc.
c/o Nicole Durham-Mallory
450 N. Brand Blvd., 7th Floor
Glendale, CA 91203


Empire Restaurant Group
10205 Mulberry Lane
Suite H
Bridgeview, IL 60455


Environmental Recycling & Disposal
P.O. Box 675
Orland Park, IL 60462-0675

```
Grove Leasing Service
8704 West 98th Place
Palos Hills, IL 60465


H&L Sewer Service
1009 Church Hill Drive
Bolingbrook, IL 60440


Ill Dept of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664


International House of Pancakes LLC
Robert King, c/o Dentons
233 South Wacker Drive, Suite 5900
Chicago, IL 60606


International House of Pancakes LLC
c/o General Counsel
525 N. Brand Blvd, Third Floor
Glendale, CA 91203


Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678


McLane Food Service, Inc.
2085 Midway Road
Carrollton, TX 75006


Merle L Royce II Law
70 W. Madison St. #2100
Chicago, IL 60602


Nicor Gas
Attn: Bankruptcy & Collections
P.O. Box 2020
Aurora, IL 60507
```

```
NuCo2
P.O. Box 417902
Boston, MA 02241


Valpak of Chicago South/NWI
5101 West 159th St
Oak Forest, IL 60452


Van Earden Foodservice
650 Ionia Avenue SW
Grand Rapids, MI 49503


Village of Bridgeview
Department of Public Works
7500 S. Oketo Avenue
Bridgeview, IL 60455


Vista Insurance
5105 Toll View Drive # 100
Rolling Meadows, IL 60008
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lucky # 5409, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Lucky # 5409, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 13, 2016 | /s/ Kevin H. Morse |
| Date | **Kevin H. Morse 6297244** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Lucky # 5409, Inc.** |
| | **Arnstein & Lehr LLP** |
| | **120 South Riverside Plaza** |
| | **Suite 1200** |
| | **Chicago, IL 60606** |
| | **(312) 876-7100 Fax:(312) 876-0288** |
| | **www.arnstein.com** |