UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 16-16264
LUCKY # 5409, INC. )
)  Chapter: 11
)
)  Honorable Pamela S. Hollis
)
)
Debtor(s) )

**FINAL ORDER AUTHORIZING USE OF
CASH COLLATERAL AND GRANTING RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the Motion of Lucky # 5409, Inc., debtor and debtor in possession (the "Debtor"), for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code [Dkt. #21] (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit C to the Motion is necessary; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The Debtor is authorized to use cash collateral on a final basis to the extent set forth on Exhibit C attached to the Motion through confirmation of a plan of reorganization, sale of substantially all of the Debtor's assets, dismissal of the chapter 11 case, conversion to chapter 7 of the Bankruptcy Code, or any violation of this final order by the Debtor where such violation is not cured within ten (10) days (individually, a "Termination Event");

2. The Internal Revenue Service ("IRS") is granted the following adequate protection for its purported secured interests in property of the Debtor:

   (a) The IRS is granted a valid, perfected, enforceable security interest in an to the Debtor's post-petition assets, including all proceeds and products which are now or hereafter become property of the bankruptcy estate only to the extent and priority of its alleged prepetition liens, if valid, but only to the extent of any diminution in value of such assets during the period from the commencement of the Debtor's Chapter 11 case through the earliest occurrence of a Termination Event; and

   (b) The Debtor will pay the IRS the amount of $432.15 for each month, from the commencement of the Debtor's Chapter 11 case through the earliest occurrence of a Termination Event, as adequate protection for the use of cash collateral.

3. The Debtor is authorized to make the expenditures set forth on Exhibit C to the Motion plus no more than 10% of the total proposed payments unless otherwise agreed by the IRS or upon further Order of this Court; and

4. Any expenses that are budgeted for payment in one month but are not paid in such month shall be carried over for payment in subsequent months.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: June 28, 2016

**Prepared by:**

Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7122
Fax: (312) 876-6273