UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16 B 16264 |
| | ) | |
| LUCKY # 5409, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO SAUL EWING ARNSTEIN & LEHR LLP, ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FIFTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** [EOD # 183]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 130,729.00 | TOTAL COSTS REQUESTED: | $ 1,414.00 |
| TOTAL FEES REDUCED: | $     642.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 130,087.00 | TOTAL COSTS ALLOWED: | $ 1,414.00 |

**TOTAL FEES AND COSTS ALLOWED:   $ 131,501.00**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(3)     **Unreasonable Time**

The court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. In re Pettibone, 74 B.R. 293, 406 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project . . . . An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." In re Wildman, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same). Non-working travel time will be allowed at half rate. See In re Gluth Bros. Const., Inc., 2011 WL 4344599, *5, n.3 (Bankr. N.D. Ill. Sept. 14, 2011).

(7)     **Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any

of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(10)   Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date:   DEC 21 2017

PAMELA S. HOLLIS
United States Bankruptcy Judge

| 847708 | Chaudhry, Azhar | Invoice Number 2380388 |
| 00003 | Case Administration | Page 2 |
| 11/30/17 | | |

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 05/01/17 | WAW | Reviewing IHOP Franchise Agreement to determine whether IHOP is in violation of the exclusive territory provision. | 0.4 | 270.00 | 108.00 |
| 05/03/17 | KHM | Multiple correspondence with U.S. Trustee and client re: renewed insurance certificates. | 0.5 | 360.00 | 180.00 |
| 05/04/17 | KHM | Prepare for hearing on Exclusivity Motion and correspondence with B. Richards confirming no objection. | 0.2 | 360.00 | 72.00 |
| 05/04/17 | KHM | Attendance at hearing on Motion to Extend Exclusive Period. | 0.7 | 360.00 | 252.00 |
| 05/08/17 | KHM | Multiple correspondence with U.S. Trustee Office and client re: insurance certificates and send updated certificates. | 0.3 | 360.00 | 108.00 |
| 05/09/17 | KHM | Finalize Monthly Operating Report and Quarterly Fee Statement for Lucky #5409. | 0.2 | 360.00 | 72.00 |
| 05/31/17 | KHM | Call with A. Chaudhry re: status hearing next week, need for Operating Reports, and Fee Application hearing tomorrow. | 0.2 | 360.00 | 72.00 |
| 06/02/17 | KHM | <u>Travel to/from Bridgeview, Illinois to discuss case with client, next week's Status Hearing, and to-do list for case.</u>  3 (-$540.00) | 3.0 | 360.00 | 1,080.00 |
| 06/02/17 | KHM | Meeting with clients to discuss case, Status Hearing next week, and to-do list for the case. | 1.2 | 360.00 | 432.00 |
| 06/05/17 | KHM | Correspondence with client following Friday's meeting and additional items needed (.2); Call from client re: same (.1). | 0.3 | 360.00 | 108.00 |
| 06/12/17 | WAW | Review/Revising Monthly Operating Report for May 2017 | 1.5 | 270.00 | 405.00 |
| 06/26/17 | KHM | Call with client re: tax returns (.1); Correspondence to accountant re: same (.1). | 0.2 | 360.00 | 72.00 |

| 847708 | Chaudhry, Azhar | Invoice Number 2380383 |
|---|---|---|
| 00007 | Disposition Of Assets | Page 2 |
| 11/30/17 | | |

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 07/17/17 | KHM | Call with client re: case and status of property taxes and Quarterly Fees (.3); Send client copy of tax bill sent from IHOP (.1). | 0.4 | 360.00 | 144.00 |
| 07/27/17 | KHM | E-mails from/to B. Richards re: 8/3 hearing, exclusivity, and responses to our prerequisites for a meeting. | 0.2 | 360.00 | 72.00 |
| 08/09/17 | KHM | Call and correspondence to stalking horse purchaser A. Hemani. | 0.2 | 360.00 | 72.00 |
| 08/17/17 | KHM | Multiple correspondence with A. Hemani (Purchaser), G. Miller counsel for IHOP, and client. | 0.5 | 360.00 | 180.00 |
| 08/23/17 | KHM | Follow-up correspondence from A. Hemani re: need for financial information. | 0.1 | 360.00 | 36.00 |
| 08/25/17 | KHM | Call with A. Hemani re: providing financial information to IHOP's counsel. | 0.1 | 360.00 | 36.00 |
| 10/25/17 | KHM | Call with A. Hemani, former stalking horse, about settlement with IHOP | 0.2 | 360.00 | 72.00 |
| 11/02/17 | KHM | Call from R. Richards re: site visit for buyer to IHOP-Bridgeview and correspondence to/from client re: same; Inform R. Richards of proposed date | 0.1 | 360.00 | 36.00 |
| 11/02/17 | KHM | Initial review of IHOP's proposed asset purchase agreement for sale of franchise to KL Mian | 0.7 | 360.00 | 252.00 |
| 11/15/17 | BHB | <u>Phone conf and correspondence with K Morse re structure of asset sale transaction in bankruptcy court; initial review of APA</u> 7 (-$66.00) | 1.0 | 660.00 | 660.00 |
| 11/20/17 | BHB | Phone conf and correspondence with K Morse and finalize APA comments into redline | 0.6 | 660.00 | 396.00 |
| 11/20/17 | KHM | Multiple calls and correspondence with corporate attorney, B. Balonick, re: review of asset purchase agreement - .3; Review corporate revisions to APA - .4 | 0.7 | 360.00 | 252.00 |

| 847708 | Chaudhry, Azhar | Invoice Number 2380385 |
| 00011 | Claims Adm/Creditor Issues | Page 2 |
| 11/30/17 | | |

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/26/17 | KHM | Correspondence to "Eddy" re: his claim for outstanding work done postpetition - .1; correspondence from/to counsel for S. Janmohammed re: claims - .2 | 0.3 | 360.00 | 108.00 |
| 10/05/17 | KHM | Call with counsel for A. Sarwar re: claim and need for negotiation or objection | 0.3 | 360.00 | 108.00 |
| 10/06/17 | KHM | Review issues re: security cameras and on-going claims arising from closed stores | 0.4 | 360.00 | 144.00 |
| 10/16/17 | KHM | Review of claim registers, highlight claims subject to potential objections, and send detailed correspondence to client re: documentation for any other objectionable claim(s) | 0.9 | 360.00 | 324.00 |
| 10/19/17 | KHM | <u>Review information sent from "Eddie" the contractor re: outstanding invoices unpaid and copy D. DeLaurent re: same - .3;  Send same to client for review and comments - .1</u> | 0.5 .10 (-$36.00) | 360.00 | 180.00 |
| 11/07/17 | KHM | Call with attorney for S. Janmohammed, discussion with S. Hussain re: same, and send correspondence to Janmohammed counsel | 0.3 | 360.00 | 108.00 |
| 11/08/17 | KHM | Call with counsel for creditor A. Sarwar to discuss claim | 0.3 | 360.00 | 108.00 |
| 11/20/17 | KHM | Review of potentially "disputed" claims and calls to IRS notice party, JP Morgan counsel, and Van Eerden to discuss amounts of claims | 1.1 | 360.00 | 396.00 |
| | | TOTAL HOURS | 9.5 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| William A. Williams | 3.0 | at | $270.00 | = | 810.00 |
| Kevin H. Morse | 6.5 | at | $360.00 | = | 2,340.00 |