**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY # 5409, INC., *et al.*, | ) Case No. 16-16264 |
| | ) |
| Debtors. | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date: February 15, 2018 |
| | ) Time: 10:00 a.m. |

**NOTICE OF MOTION**

To:   See Attached Service List

PLEASE TAKE NOTICE that on **February 15, 2018 at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Pamela S. Hollis, Bankruptcy Judge, or such other judge as may be sitting in her stead, in Courtroom 644, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **SIXTH AND FINAL APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD MAY 13, 2016 THROUGH DECEMBER 31, 2017**, at which time and place you may appear as you see fit.

SAUL EWING ARNSTEIN & LEHR LLP

By:   /s/ *Kevin H. Morse*
        One of Its Attorneys

Kevin H. Morse (06297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

*Counsel to Lucky # 5409, Inc. and Azhar H. Chaudhry, debtors and debtors-in-possession*

1

## **CERTIFICATE OF SERVICE**

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Application to be served on the parties listed on the attached Service List, via U.S. Mail, postage prepaid, or the Court's ECF system on January 22, 2018.

/s/ *Kevin H. Morse*               .

## **SERVICE LIST**

Via U.S. Mail:

Lucky # 5409, Inc.
7240 W 79th Street
Bridgeview, IL 60455

Via ECF:

**Sarah E Barngrover**     amps@manleydeas.com

**Eugene J Geekie**     Eugene.geekie@saul.com, cynthia.enright@saul.com

**Michael L. Gesas**     michael.gesas@saul.com, jurate.medziak@saul.com

**Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov

**Kevin H Morse**     kevin.morse@saul.com

**William Murakowski**     caine93@live.com

**Robert E Richards**     robert.richards@dentons.com, NDIL_ECF@dentons.com

**Todd J Ruchman**     amps@manleydeas.com

**Brian P Welch**     bwelch@burkelaw.com, gbalderas@burkelaw.com

**David K Welch**     dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com

**William A Williams**     bill.williams@saul.com

**Zhiqi Wu**     bankruptcy@hsbattys.com, bk4hsbm@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY # 5409, INC., *et al*., | ) Case No. 16-16264 |
| | ) |
| Debtors. | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date: February [   ], 2018 |
| | ) Time: 10:00 a.m. |

**SIXTH AND FINAL APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MAY 13, 2016 THROUGH DECEMBER 31, 2017**

Saul Ewing Arnstein & Lehr LLP ("SEA&L"), counsel for Lucky # 5409, Inc. ("Lucky") and Azhar H. Chaudhry ("Chaudhry"), debtors and debtors in possession (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(2), applies to this Court (the "Application") for the entry of an order: (a) allowing compensation to SEA&L in the amount of $35,340.00 for legal services rendered to Lucky during the period December 1, 2017 through December 31, 2017 and reimbursement to SEA&L in the amount of $303.42 for expenses incurred in connection with such services; (b) allowing compensation to SEA&L in the amount of $2,500 for services rendered in connection with the Final Fee Applications (as defined below); (c) authorizing Lucky to pay SEA&L $37,840.00 for legal services and $303.42 for the reimbursement of expenses during the period December 1, 2017 through December 31, 2017 and in connection with the Final Fee Applications; (c) approving on a final basis compensation to SEA&L for legal services rendered to Lucky in the amount of $428,342.75 and reimbursement of expenses in the amount of $9,220.84 for the period of May 13, 2016 through December 31, 2017; and (d) approving on a final basis compensation to SEA&L for legal services rendered to

1

Chaudhry in the amount of $19,945.00 for the period of May 13, 2016 through December 31, 2017. In support thereof, SEA&L respectfully states as follows:

## BACKGROUND

1. On May 13, 2016 (the "Petition Date"), Lucky and Chaudhry, its sole shareholder, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On May 31, 2016, the Court entered an order allowing for the joint administration of Lucky and Chaudhry's Chapter 11 cases, with this as the lead case (the "Chapter 11 Case").

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their business and manage their financial affairs as debtors in possession. No trustee, examiner or committee has been appointed in this Chapter 11 Case.

3. Chaudhry is an individual and was formerly the franchisee of an International House of Pancakes restaurant located at 7240 W. 79th Street, Bridgeview, Illinois 60455 ("IHOP-Bridgeview"). Prior to the sale of IHOP-Bridgeview in this Chapter 11 case, IHOP-Bridgeview was operated through Lucky, the corporate debtor. Chaudhry is the sole shareholder and president of Lucky.

4. On Thursday, May 5, 2016, IHOP filed a complaint for specific performance against the Debtors (16-cv-04981). On Friday, May 13, 2016, IHOP filed a motion for preliminary injunction in the United States District Court for the Northern District of Illinois to force the sale of IHOP-Bridgeview. That same day, after receiving notice of the preliminary injunction motion, the Debtors filed their voluntary petitions under Chapter 11.

5. On May 31, 2016, the Debtors filed an Application to Employ Michael L. Gesas, Kevin H. Morse, William A. Williams and Saul Ewing Arnstein & Lehr LLP as Bankruptcy Counsel (the "Employment Application") [Dkt. # 29]. On July 12, 2016, the Court approved the

Employment Application and entered an order shortly thereafter (the "Employment Order"). The Employment Order shortened the § 331 compensation period to every sixty (60) days.

6. On August 30, 2016, IHOP filed an adversary complaint against the Debtors seeking specific performance of IHOP's purported right of first refusal under the Franchise Agreement to force the sale of Bridgeview IHOP to itself for the below-market price of $600,000. On October 11, 2016, the Debtors filed an answer and counterclaims in the adversary case. On November 1, 2016, IHOP filed an answer to the Debtors' counterclaims.

7. During the winter and Spring of 2017, the Debtors and IHOP engaged in discovery and filed cross-motions for summary judgment in the adversary case. At the July 6, 2017 status hearing, the Bankruptcy Court informed the Debtors and IHOP that neither the Debtors nor IHOP would be granted summary judgment, and the best outcome for the Bankruptcy Case would be for a sale of IHOP-Bridgeview to maximize the benefit for creditors.

8. Shortly after July 6, 2017, the Debtors and IHOP opened negotiations for the resolution of the Bankruptcy Cases and Adversary Proceeding. To that end, SEA&L, *inter alia*, (1) negotiated the terms of settlement with IHOP, including a global settlement meeting with IHOP in-house counsel and Chaudhry; (2) drafted a plan and disclosure statement with the approval of the U.S. Trustee and IHOP; and (3) negotiated the terms of the sale of IHOP-Bridgeview to an IHOP-approved purchaser.

9. On November 20, 2017, the Debtors filed an Amended Disclosure Statement and Amended Plan of Liquidation.

10. On December 21, 2017, the Court entered an order approving the Amended Disclosure Statement and confirming the Amended Plan of Liquidation [Dkt. No. 197].

11. On December 28, 2017, the sale of IHOP-Bridgeview closed as contemplated by the Amended Plan of Liquidation.

## PRIOR FEE APPLICATIONS

12. On July 14, 2016, SEA&L filed its *First Interim Application for Compensation and Reimbursement* of *Expenses for the Period May 13, 2016 through June 30, 2016* (the "First Interim Application") requesting $51,163.00 in fees and $3,910.02 in reimbursement of expenses. On August 4, 2016, the Court entered an order granting the First Interim Application and allowing SEA&L $49,340.00 in fees and $3,910.02 in reimbursement of expenses for the period of May 13, 2016 through June 30, 2016. SEA&L has been paid all of the fees and expenses requested in the First Interim Application.

13. On October 13, 2016, SEA&L filed its *Second Interim Application for Compensation and Reimbursement* of *Expenses for the Period July 1, 2016 through September 30, 2016* (the "Second Interim Application") requesting $44,772.00 in fees and no reimbursement of expenses. On November 3, 2016, the Court entered an order granting the Second Interim Application and allowing SEA&L $44,772.00 in fees for the period of July 1, 2016 through September 30, 2016.

14. On February 2, 2017, SEA&L filed its *Third Interim Application for Compensation and Reimbursement* of *Expenses for the Period October 1, 2016 through December 31, 2016* (the "Third Interim Application") requesting $50,376.50 in fees and $51.60 in reimbursement of expenses. On February 23, 2017, the Court entered an order granting the Third Interim Application and allowing SEA&L $49,406.75 in fees and $51.60 in reimbursement of expenses for the period of October 1, 2016 through December 31, 2016.

4

15. On May 11, 2017, SEA&L filed its *Fourth Interim Application for Compensation and Reimbursement* of *Expenses for the Period January 1, 2017 through March 31, 2017* (the "Fourth Interim Application") requesting $119,463.50 in fees and $3,605.26 in reimbursement of expenses. On June 1, 2017, the Court entered an order granting the Fourth Interim Application and allowing SEA&L $116,897.00 in fees and $3,541.80 in reimbursement of expenses for the period of January 1, 2017 through March 31, 2017.

16. On November 30, 2017, SEA&L filed its *Fifth Interim Application for Compensation and Reimbursement* of *Expenses for the Period April 1, 2017 through November 29, 2017* (the "Fifth Interim Application") requesting $130,729.00 in fees and $1,414.10 in reimbursement of expenses. The Fifth Interim Application pertained solely to services rendered to Lucky, the corporate debtor. On December 21, 2017, the Court entered an order granting the Fifth Interim Application and allowing SEA&L $130,087.00 in fees and $1,414.00 in reimbursement of expenses for the period of April 1, 2017 through November 29, 2017.

17. On December 4, 2017, SEA&L filed a separate *First Interim Application for Compensation and Reimbursement of Expenses as Counsel to Debtor Azhar Chaudhry for Period May 13, 2016 through November 29, 2017* (the "Chaudhry Application") requesting $19,945.00 in fees and no reimbursement of expenses. The Chaudhry Application related solely to services provided to Chaudhry, the individual debtor. On December 21, 2017, the Court entered an order granting the Chaudhry Application and allowing SEA&L $19,945.00 in fees for the period of May 13, 2016 through November 29, 2017.

**NARRATIVE SUMMARY OF SERVICES**

18. A narrative summary of the services rendered by SEA&L to Lucky during the period December 1, 2017 through December 31, 2017 (the "Application Period") is set forth

114660362.1

below. Itemized and detailed descriptions of the specific services rendered by SEA&L to Lucky during this period are reflected on the billing statements attached hereto as **Exhibit A**. The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours rendered by each attorney or paralegal in each category.

19. The services rendered by SEA&L during the Application Period have been segregated into seven (7) categories as follows: (A) Case Administration; (B) Disposition of Assets; (C) Plan / Disclosure Statement; (D) Claims Administration / Creditor Issues; (E) Fee Petitions; (F) Tax Issues; and (G) Litigation. There is also a separate category for reimbursable costs incurred by SEA&L during the Application Period.

20. The fees sought by SEA&L for each of the billing categories are summarized as follows:

| **EXHIBIT** | **TITLE OF CATEGORY** | **AMOUNT SOUGHT** |
|---|---|---|
| A | Case Administration | $560.00 |
| B | Disposition of Assets | $21,532.00 |
| C | Plan / Disclosure Statement | $9,108.00 |
| D | Claims Administration / Creditor Issues | $1,980.00 |
| E | Fee Petitions | $1,836.00 |
| F | Tax Issues | $252.00 |
| G | Litigation | $72.00 |
|  | **TOTAL FEES** | **$35,340.00** |

21. A list of the attorneys and paralegals rendering services, their position and practice area, aggregate hours of services rendered for which compensation is sought and hourly rate is as follows:

| **Professional** | **Practice Area** | **Hours** | **Hourly Rate** | **Total** |
|---|---|---|---|---|
| Bruce H. Balonick ("BHB") | Corporate | 25.8 | $660.00 | $17,028.00 |
| Kevin H. Morse ("KHM") | Bankruptcy | 48.4 | $360.00 | $17,424.00 |
| William A. Williams ("WAW") | Bankruptcy | 0.8 | $270.00 | $216.00 |
| Becky L. Sutton ("BLS") | Paralegal | 2.0 | $280.00 | $560.00 |
| Cathleen Franczyk ("CF") | Paralegal | 0.4 | $280.00 | $112.00 |
| | **TOTAL:** | **77.4** | | **$35,340.00** |

The hourly rates listed above are customary and reasonable and are within the range of hourly rates charged to other clients. Furthermore, they reflect a discount of up to 15% from each billing professional's standard billing rate.

22. The tasks performed by SEA&L in each of the billing categories are set forth in Exhibits A through H and are summarized as follows:

EXHIBIT A – Case Administration

This category includes communicating with, preparing documentation for, and visiting MB Financial Bank for the purpose of setting up a new bank account for Lucky's post-closing expenses. SEA&L spent 2.0 hours of professional time on the foregoing services having a lode star value of $560.00, summarized as follows:

| **Case Administration** | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| BLS | Paralegal | 2.0 | $280.00 | $560.00 |
| **Total** | | **2.0** | | **$560.00** |

EXHIBIT B – Disposition of Assets

This category includes the following: determining the distribution of sale proceeds between business claims and personal claims; preparing, reviewing, and revising closing documents, numerous phone calls and email correspondence regarding the closing of the sale of Bridgeview-IHOP; negotiations with IHOP regarding IHOP's consent to the assignment of Bridgeview-IHOP; and attending the closing to ensuring the proper transfer of documents and payment. SEA&L spent 38.4 hours of attorney time on the foregoing services having a lode star value of $21,532.00 for which SEA&L is seeking compensation, summarized as follows:

7

| Disposition of Assets | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 12.2 | $360.00 | $4,392.00 |
| BHB | Corporate | 25.8 | $660.00 | $17,028.00 |
| CF | Paralegal | 0.4 | $280.00 | $112.00 |
| **Total** | | **38.4** | | **$21,532.00** |

EXHIBIT C – Plan / Disclosure Statement

This category includes the following: reviewing and tabulating ballots; numerous phone calls with various creditors regarding the plan and balloting process; drafting a supplement to the disclosure statement regarding the re-classification of creditor Adeeba Sarwar's claim; communications with the U.S. Trustee's office regarding the plan and disclosure statement; preparing and filing a ballot report with respect to the acceptance of the plan; updating and submitting a proposed confirmation order; and preparing for and attending the plan confirmation hearing. SEA&L spent 25.5 hours of attorney time on the foregoing services having a lode star value of $9,108.00, for which SEA&L is seeking compensation, summarized as follows:

| Plan / Disclosure Statement | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 24.7 | $360.00 | $8,892.00 |
| WAW | Bankruptcy | 0.8 | $270.00 | $216.00 |
| **Total** | | **25.5** | | **$9,108.00** |

EXHIBIT D – Claims Administration / Creditor Issues

This category includes the following: numerous phone calls and email correspondence with various creditors and the U.S. Trustee's office regarding the amount and validity of various claims and the treatment of various claims under the plan. SEA&L spent 5.5 hours of attorney time on the foregoing services having a lode star value of $1,980.00, for which SEA&L is seeking compensation, summarized as follows:

8

114660362.1

| Claims Administration / Creditor Issues | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 5.5 | $360.00 | $1,980.00 |
| **Total** | | **5.5** | | **$1,980.00** |

EXHIBIT E – Fee Petitions

This category includes the following: preparing, revising, and filing the Fifth Interim Application and the Chaudhry Application. SEA&L spent 5.1 hours of attorney time on the foregoing services having a lode star value of $1,836.00, for which SEA&L is seeking compensation, summarized as follows:

| Fee Petitions | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 5.1 | $360.00 | $1,836.00 |
| **Total** | | **5.1** | | **$1,836.00** |

EXHIBIT F – Tax Issues

This category includes the following: multiple phone calls and email correspondence with Lucky's accountant regarding the status of Lucky's 2016 tax returns. SEA&L spent 0.7 hours of attorney time on the foregoing services having a lode star value of $252.00, for which SEA&L is seeking compensation, summarized as follows:

| Fee Petitions | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 0.7 | $360.00 | $252.00 |
| **Total** | | **0.7** | | **$252.00** |

EXHIBIT G – Litigation

This category includes a phone call with an insurance adjuster regarding a slip and fall cause of action against Lucky. SEA&L spent 0.2 hours of attorney time on the foregoing services having a lode star value of $72.00, for which SEA&L is seeking compensation, summarized as follows:

| Litigation | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 0.2 | $360.00 | $72.00 |
| **Total** | | **0.2** | | **$72.00** |

## EXPENSES

23. SEA&L incurred expenses in the amount of $303.42 during the period of December 1, 2017 through December 31, 2017 in connection with its representation of Lucky. These expenses are itemized in Exhibit H. All of the expenses were for UPS delivery charges.

| **Expense Category** | **Cost:** |
|---|---|
| UPS | 303.42 |
| **Total** | **$303.42** |

24. SEA&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, the costs of comparable services in other cases under Chapter 11, and that the time has been fairly and properly expended. When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters at issue so that each professional could perform further necessary work.

## PREPARATION OF FINAL FEE APPLICATIONS

25. In addition to this Application, SEA&L prepared final fee applications for Lucky's special tax counsel, Schmidt Salzman & Moran, Ltd., and Lucky's accountant, Tax Consulting, Inc. (collectively, the "Final Fee Applications"). For the preparation, filing, and

presentment of the Final Fee Applications, SEA&L estimates that its fees will be approximately $2,500.00. SEA&L requests allowance of $2,500.00 for such services as part of its final compensation.

## **NOTICE**

26. A copy of the Application has been sent to the Debtors and all parties entitled to electronic notice, including the United States Trustee and IHOP. Twenty-one days' notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, Saul Ewing Arnstein & Lehr LLP respectfully requests that the Court enter an order:

    a.    Allowing compensation to SEA&L in the amount of $35,340.00 and reimbursement of expenses to SEA&L in the amount of $303.42 for the period December 1, 2017 through December 31, 2017;

    b.    Allowing compensation to SEA&L in the amount of $2,500.00 for the preparation, filing, and presentment of the Final Fee Applications.

    c.    Authorizing the Debtors to pay SEA&L $37,840.00 for legal services and $303.42 for the reimbursement of expenses during the period December 1, 2017 through December 31, 2017 and in connection with the Final Fee Applications;

    d.    Approving on a final basis compensation to SEA&L for legal services rendered to Lucky in the amount of $428,342.75 and reimbursement of expenses in the amount of $9,220.84 for the period of May 13, 2016 through December 31, 2017 and in connection with the Final Fee Applications;

e. Approving on a final basis compensation to SEA&L for legal services rendered to Chaudhry in the amount of $19,945.00 for the period of May 13, 2016 through December 31, 2017; and

f. Granting such other and further relief as the Court deems just and proper.

SAUL EWING ARNSTEIN & LEHR LLP

By: /s/ *Kevin H. Morse*
    One of Its Attorneys

Kevin H. Morse (06297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

*Counsel to Lucky # 5409, Inc. and Azhar H. Chaudhry, debtors and debtors-in-possession*