# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY # 5409, INC., *et al.*, | ) Case No. 16-16264 |
| | ) |
| Debtors. | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

## NOTICE OF MOTION

To:     See Attached Service List

PLEASE TAKE NOTICE that on **February 15, 2018 at 10:00 a.m.** or as soon thereafter as counsel may be heard, counsel for the above-captioned debtors will appear before the Hon. Pamela S. Hollis, Bankruptcy Judge, or such other judge as may be sitting in her stead, in Courtroom 644, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF SCHMIDT SALZMAN & MORAN, LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL FOR THE DEBTORS FOR PERIOD JUNE 22, 2017 THROUGH DECEMBER 31, 2017**, at which time and place you may appear as you see fit.

                                        LUCKY # 5409, INC., *et al.*

                                        By:     /s/ *Kevin H. Morse*
                                                 One of Their Attorneys

                                        Kevin H. Morse (06297244)
                                        William A. Williams (6321738)
                                        SAUL EWING ARNSTEIN & LEHR LLP
                                        161 N. Clark Street, Suite 4200
                                        Chicago, IL 60601
                                        Tel: (312) 876-7100
                                        Fax: (312) 876-0288

                                        *Counsel to Lucky # 5409, Inc. and Azhar H. Chaudhry, debtors and debtors-in-possession*

1

114662007.1

## CERTIFICATE OF SERVICE

    I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Application to be served on the parties listed on the attached Service List, via U.S. Mail, postage prepaid, or the Court's ECF system on January 22, 2018.

                              /s/ *Kevin H. Morse*                    .

## SERVICE LIST

Via ECF:

**Sarah E Barngrover**     amps@manleydeas.com

**Eugene J Geekie**     Eugene.geekie@saul.com, cynthia.enright@saul.com

**Michael L. Gesas**     michael.gesas@saul.com, jurate.medziak@saul.com

**Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov

**Kevin H Morse**     kevin.morse@saul.com

**William Murakowski**     caine93@live.com

**Robert E Richards**     robert.richards@dentons.com, NDIL_ECF@dentons.com

**Todd J Ruchman**     amps@manleydeas.com

**Brian P Welch**     bwelch@burkelaw.com, gbalderas@burkelaw.com

**David K Welch**     dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com

**William A Williams**     bill.williams@saul.com

**Zhiqi Wu**     bankruptcy@hsbattys.com, bk4hsbm@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY # 5409, INC., *et al.*, | ) Case No. 16-16264 |
| | ) |
| Debtors. | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date: February 15, 2018 |
| | ) Time: 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF SCHMIDT SALZMAN & MORAN, LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL FOR THE DEBTORS FOR PERIOD
JUNE 22, 2017 THROUGH DECEMBER 31, 2017**

Lucky # 5409, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned chapter 11 case (the "Debtors"), respectfully apply to the Court for an order authorizing and approving payment of compensation to Schmidt Salzman & Moran, Ltd. ("SSM") as special tax counsel for the Debtors in the Debtors' jointly administered chapter 11 case. In support thereof, the Debtors respectfully state as follows:

**JURISDICTION**

1.	This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**BACKGROUND**

2.	On May 13, 2016 (the "Petition Date"), Lucky and Chaudhry, its sole shareholder, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On May 31, 2016, the Court entered an order allowing for the joint administration of Lucky and Chaudhry's Chapter 11 cases, with this as the lead case (the "Chapter 11 Case").

3.	Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors

1

continue to operate their business and manage their financial affairs as debtors in possession. No trustee, examiner or committee has been appointed in this Chapter 11 Case.

4. Azhar Chaudhry is an individual and was formerly the franchisee of an International House of Pancakes restaurant located at 7240 W. 79th Street, Bridgeview, Illinois 60455 ("IHOP-Bridgeview"). Prior to the sale of IHOP-Bridgeview in this Chapter 11 case, IHOP-Bridgeview was operated through Lucky, the corporate debtor. Chaudhry is the sole shareholder and president of Lucky.

5. On June 16, 2017, the Debtors filed an application to employ SSM as special tax counsel [Dkt. No. 137] (the "SSM Retention Application"). On June 22, 2017, the Court entered an order authorizing the Debtors' employment of SSM as special tax counsel [Dkt. No. 138] (the "SSM Retention Order") in accordance with the terms provided for in the SSM Retention Application. The SSM Retention Application requested the SSM be compensated on a contingency basis as follows:

   i) In the event [SSM] is successful in obtaining any tax refund through a Certificate of Error Proceeding, proceedings before the Illinois Property Tax Appeal Board, or the Circuit Court of Cook County, [SSM] shall be entitled to a contingency fee equal to one-third (33%) of the tax savings or amount refunded; and

   ii) [SSM] shall be entitled to a contingency fee equal to eight percent (8%) of any other tax savings obtained for the Debtors' estates.

SSM Retention Application, ¶ 9. The SSM Retention Application further requested that SSM be reimbursed for the actual and necessary expenses incurred by SS&M in connection with providing legal services to the Debtors. *Id.* at ¶ 10.

**SERVICES RENDERED**

6. The Debtors represent to the Court that SSM has performed necessary and valuable accounting services to the Debtors during the period from June 22, 2017 through December 31, 2017. Specifically, SSM successfully appealed the property tax assessment for IHOP-Bridgeview, resulting in the Assessor of Cook County's proposed assessment of $282,050 being reduced to $244,799. This decrease in the amount of $37,251 should give rise to a tax savings for the 2017-2019 triennial period in the sum of $45,765 based on the most recent equalization factor and tax rate. As compensation for these services, the Debtors respectfully requests approval on a final basis and authority for the Debtors to pay SSM fees in the amount of $3,661.00, as more fully described in the detailed itemization of services rendered to the Debtors during the period of June 22, 2017 through December 31, 2017 attached hereto as **Exhibit A**.

**EXPENSES**

7. The Debtors requests authority to pay SSM reimbursement in the amount of $2,200.00 for expenses incurred in connection with the preparation of an appraisal report of IHOP-Bridgeview by a third-party. SSM used this appraisal report as the evidentiary basis for securing the tax savings for the Debtors.

8. The Debtors respectfully submit that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, the costs of comparable services in other cases under Chapter 11, and that the time has been fairly and properly expended.

**NOTICE**

9. A copy of the Application has been sent to all parties entitled to electronic notice, including the United States Trustee and IHOP. Twenty-one days' notice of the Application and

hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, the Debtors respectfully request that the Court enter an order:

a.  Allowing and approving on a final basis compensation to SSM in the amount of $3,661.00 for legal services rendered to the Debtors during the period from June 22, 2017 through December 31, 2017 and reimbursement of expenses in the amount of $2,200.00;

b.  Authorizing the Debtors to pay SSM the $5,861.00 in allowed compensation; and

c.  Granting such other and further relief as the Court deems just and proper.

LUCKY # 5409, INC., *et al.*

By:  /s/ *Kevin H. Morse*
      One of Their Attorneys

Kevin H. Morse (06297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

*Counsel to Lucky # 5409, Inc. and Azhar H. Chaudhry, debtors and debtors-in-possession*