# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY # 5409, INC., *et al.*, | ) Case No. 16-16264 |
| | ) |
| Debtors. | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **February 15, 2018 at 10:00 a.m.** or as soon thereafter as counsel may be heard, counsel for the above-captioned debtors will appear before the Hon. Pamela S. Hollis, Bankruptcy Judge, or such other judge as may be sitting in her stead, in Courtroom 644, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF TAX CONSULTING INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS FOR THE DEBTORS FOR PERIOD NOVEMBER 22, 2016 THROUGH DECEMBER 31, 2017**, at which time and place you may appear as you see fit.

LUCKY # 5409, INC., *et al.*

By:   /s/ *Kevin H. Morse*
One of Their Attorneys

Kevin H. Morse (06297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

*Counsel to Lucky # 5409, Inc. and Azhar H. Chaudhry, debtors and debtors-in-possession*

1

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Application to be served on the parties listed on the attached Service List, via U.S. Mail, postage prepaid, or the Court's ECF system on January 22, 2018.

/s/ *Kevin H. Morse*                      .

## SERVICE LIST

Via ECF:

**Sarah E Barngrover**    amps@manleydeas.com

**Eugene J Geekie**    Eugene.geekie@saul.com, cynthia.enright@saul.com

**Michael L. Gesas**    michael.gesas@saul.com, jurate.medziak@saul.com

**Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

**Kevin H Morse**    kevin.morse@saul.com

**William Murakowski**    caine93@live.com

**Robert E Richards**    robert.richards@dentons.com, NDIL_ECF@dentons.com

**Todd J Ruchman**    amps@manleydeas.com

**Brian P Welch**    bwelch@burkelaw.com, gbalderas@burkelaw.com

**David K Welch**    dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com

**William A Williams**    bill.williams@saul.com

**Zhiqi Wu**    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY # 5409, INC., *et al.*, | ) Case No. 16-16264 |
| | ) |
| Debtors. | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date: February 15, 2018 |
| | ) Time: 10:00 a.m. |

### FIRST AND FINAL APPLICATION OF TAX CONSULTING INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS FOR THE DEBTORS FOR PERIOD NOVEMBER 22, 2016 THROUGH DECEMBER 31, 2017

Lucky # 5409, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned chapter 11 case (the "Debtors"), respectfully apply to the Court for an order authorizing and approving payment of compensation to Tax Consulting Inc. ("TCI") as accountants for the Debtors in the Debtors' jointly administered chapter 11 case. In support thereof, the Debtors respectfully state as follows:

### JURISDICTION

1. This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### BACKGROUND

2. On May 13, 2016 (the "Petition Date"), Lucky # 5409, Inc. ("Lucky") and Azhar Chaudhry, its sole shareholder, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On May 31, 2016, the Court entered an order allowing for the joint administration of Lucky and Chaudhry's Chapter 11 cases, with this as the lead case (the "Chapter 11 Case").

3. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their business and manage their financial affairs as debtors in possession. No

1

trustee, examiner or committee has been appointed in this Chapter 11 Case.

4. Chaudhry is an individual and was formerly the franchisee of an International House of Pancakes restaurant located at 7240 W. 79th Street, Bridgeview, Illinois 60455 ("IHOP-Bridgeview"). Prior to the sale of IHOP-Bridgeview in this Chapter 11 case, IHOP-Bridgeview was operated through Lucky, the corporate debtor. Chaudhry is the sole shareholder and president of Lucky.

5. On November 22, 2016, the Debtors filed an application to employ TCI as their accountant [Dkt. No. 85]. On December 8, 2016, the Court entered an order authorizing the Debtors' employment of TCI as accountant *nunc pro tunc* to November 22, 2016 [Dkt. No. 90] (the "TCI Retention Order").

**SERVICES RENDERED**

6. The Debtors represents to the Court that TCI has performed necessary and valuable accounting services to the Debtors during the period from November 22, 2016 through December 31, 2017. Specifically, TCI prepared and filed tax returns for both Chaudhry and Lucky. As compensation for these services, the Debtors respectfully requests approval on a final basis and authority for the Debtors to pay TCI fees in the amount of $4,565.00, as more fully described in the detailed itemization of services rendered to the Debtors during the period of November 22, 2016 through December 31, 2017.

**NOTICE**

7. A copy of the Application has been sent to all parties entitled to electronic notice, including the United States Trustee and IHOP. Twenty-one days' notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

2

114661586.1

WHEREFORE, the Debtors respectfully request that the Court enter an order:

a. Allowing and approving on a final basis compensation to TCI in the amount of $4,565.00 for accounting services rendered to the Debtors during the period from November 22, 2016 through December 31, 2017;

b. Authorizing the Debtors to pay TCI the $4,565.00 in allowed compensation; and

c. Granting such other and further relief as the Court deems just and proper.

LUCKY # 5409, INC., *et al.*

By:   /s/ *Kevin H. Morse*
        One of Their Attorneys

Kevin H. Morse (06297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

*Counsel to Lucky # 5409, Inc. and Azhar H. Chaudhry, debtors and debtors-in-possession*

3

114661586.1