UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )        BK No.:    16-16264
LUCKY # 5409, INC., et al.,               )
                                          )
                                          )        Chapter:  11
                                          )
                                          )        Honorable Pamela S. Hollis
                                          )
            Debtor(s)                     )

**ORDER (I) MODIFYING THE CONFIRMED FIRST AMENDED LIQUIDATING PLAN; (II) FOR DISCHARGE OF INDIVIDUAL CHAPTER 11 DEBTORS; AND (III) FOR ENTRY OF FINAL DECREE IN JOINTLY ADMINISTERED CHAPTER 11 CASES**

This matter coming to be heard on the Motion (the "Motion") of Lucky #5409, Inc. and Azhar H. Chaudhry ("Chaudhry"), debtors and debtors in possession (the "Debtors"), for the entry of an order (I) an order modifying the confirmed plan of liquidation to permit pro rata payments to Class IV creditors; (II) the discharge of the individual Chapter 11 debtor, Azhar Chaudhry ("Chaudhry"); and (III) final decrees in the jointly administered bankruptcy cases; notice of the Motion having been given to all creditors and being proper and the requested relief being appropriate;

IT IS HEREBY ORDERED THAT:

1. Section 5.01 of the First Amended Liquidating Plan [Docket No. 180] (the "Plan") is modified so that the Disbursing Agent (as defined in the Plan) may pay all allowed Class IV claims on a pro rata basis of not less than 56% of the allowed Class IV claim in full and final settlement of such claims (the "Distribution").

2. Section 9.01 of the First Amended Liquidating Plan [Docket No. 180] (the "Plan") is modified so that the Clerk of the Court may enter a discharge for Chaudhry in his individual Chapter 11 case (Case No. 16-16273) upon payment of the Class IV claims as set forth in paragraph 1.

3. The Distribution as set forth in paragraph 1 shall occur no later than Friday, August 3, 2018.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  July 19, 2018

**Prepared by:**

Kevin H. Morse (# 6297244)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60606
Tel:  312.876.7122
Fax: 312.876.0288