## UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 (Jointly Administered) |
| LUCKY # 5409, INC., *et al.* | Case No. 16-16264 |
| Debtors. | Hon. Pamela S. Hollis |

### NOTICE OF FINAL DISTRIBUTIONS

Lucky # 5409, Inc. and Azhar Chaudhry (collectively, the "Debtors"), the reorganized debtors in the above-captioned, jointly administered chapter 11 bankruptcy cases, files this notice of final distributions pursuant to the confirmed Chapter 11 plan, as subsequently modified, the order authorizing modification of the plan, and Local Rule 3022-1.

**PLEASE TAKE NOTICE** that on July 5, 2018, the Debtors filed and served on all creditors of the bankruptcy estates the *Motion for (I) Order Modifying the Confirmed Plan of Liquidation to Permit Pro Rata Payments to Class IV Creditors; (II) Entry of Discharge of Individual Chapter 11 Debtor; and (III) Entry of Final Decrees in the Jointly Administered Bankruptcy Cases* [Docket No. 225] (the "Motion"). No objections to the Motion were filed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 3022-1, paragraph 20 of the Motion provided the actual status of payments due to each class under the confirmed plan. Specifically, paragraph 20 of the Motion stated that Classes I-III were paid in full and Class IV creditors would be "Paid Pursuant to Order." Paragraph 20 further stated that Classes V-VI would receive no distribution.

**PLEASE TAKE FURTHER NOTICE** that, on July 19, 2018, the Court entered an *Order (I) Modifying the Confirmed Plan of Liquidation to Permit Pro Rata Payments to Class IV Creditors; (II) for Discharge of Individual Chapter 11 Debtor; and (III) Entry of Final Decrees*

115034566.1

*in the Jointly Administered Bankruptcy Cases* [Docket No. 238] (the "Order"). Paragraphs 1 and 3 of the Order required a distribution of not less than 56% of the allowed Class IV claims to Class IV creditors to be made no later than Friday, August 3, 2018 (the "Distribution").

**PLEASE TAKE FURTHER NOTICE** that, on July 25, 2018, the Disbursing Agent under the confirmed plan made the Distribution to all holders of allowed Class IV claims pursuant to the Motion and Order. No further distributions are required pursuant to the plan and Order, and the bankruptcy estates are fully administered.

Dated:  August 3, 2018            LUCKY # 5409, INC. and AZHAR CHAUDHRY, reorganized debtors

By:    /s/ *Kevin H. Morse*

Kevin H. Morse (06297244)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel:  (312) 876-7122
Fax: (312) 876-6273

# CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Motion to be served on the parties listed on the service list below via U.S. Mail, postage prepaid, and on those parties receiving notification by participation in the Court's ECF system on August 3, 2018.

/s/ *Kevin H. Morse*                .

*Via ECF*:

- **Sarah E Barngrover**    amps@manleydeas.com
- **Eugene J Geekie**    Eugene.geekie@saul.com, cynthia.enright@saul.com
- **Michael L. Gesas**    michael.gesas@saul.com, jurate.medziak@saul.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Kevin H Morse**    kevin.morse@saul.com
- **William Murakowski**    caine93@live.com
- **Robert E Richards**    robert.richards@dentons.com, NDIL_ECF@dentons.com
- **Todd J Ruchman**    amps@manleydeas.com
- **Brian P Welch**    bwelch@burkelaw.com, gbalderas@burkelaw.com
- **David K Welch**    dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com
- **William A Williams**    bill.williams@saul.com
- **Zhiqi Wu**    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

| | | |
|---|---|---|
| Carmen D. Caruso Law Firm<br>77 W. Washington Street, Suite 1900<br>Chicago, IL  60602 | Van Earden Foodservice<br>650 Ionia Avenue SW<br>Grand Rapids, MI  49503 | McLane Food Service, Inc.<br>2085 Midway Road<br>Carrollton, TX  75006 |
| Nicor Gas<br>Attn:  Bankruptcy & Collections<br>P.O. Box 2020<br>Aurora, IL  60507 | ComEd<br>Attn:  Claims Department<br>P.O. Box 805379<br>Chicago, IL  60680 | Vista Insurance<br>5105 Toll View Drive, #100<br>Rolling Meadows, IL  60008 |
| Village of Bridgeview<br>Department of Public Works<br>7500 W. Oketo Avenue<br>Bridgeview, IL 60455 | AT & T<br>P.O. Box 5014<br>Carol Stream, IL  60197-1310 | Environmental Recycling & Disposal<br>P.O. Box 675<br>Orland Park, IL  60462-0675 |
| H&L Sewer Service<br>1009 Church Hill Drive<br>Bolingbrook, IL  60440 | Anderson Pest Solutions<br>P.O. Box 28020037<br>Jacksonville, FL  32260 | B&E Leasing<br>P.O. Box 481<br>Burlington, WI  53105 |
| Valpak of Chicago South/NWI<br>5101 West 159th Street<br>Oak Forest, IL  60452 | Mahoney Environmental<br>37458 Eagle Way<br>Chicago, IL  60678 | Grove Leasing Service<br>8704 West 98th Place<br>Palos Hills, IL  60465 |
| All America Publishing<br>5411 Kendall Street<br>Boise, ID  83706 | NuCo2<br>P.O. Box 417902<br>Boston, MA  0224 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101 |
| Ron Matin / Empire Restaurant Group<br>3031 W. Willow Knolls Dr.<br>Apt. # 201<br>Peoria, IL 61614 | Empire Restaurant Group<br>10205 Mulberry Lane, Suite H<br>Bridgeview, IL  60455 | Adeeba Sarwar<br>240 Lee Street<br>Mount Prospect, IL  60056 |
| Chase Mortgage<br>P.O. Box 24696<br>Columbus, OH  43224 | Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Law Offices of Brian Ira Tannenbaum<br>2970 Maria Avenue<br>Suite 207<br>Northbrook, IL  60062 |
| Bank of America<br>c/o Northstar Location Services<br>4285 Genesee Street<br>Cheektowaga, NY  14225 | Capital One Bank (USA), NA<br>By American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Discover Financial Service LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |

| | | |
|---|---|---|
| The Chicagoland & Suburban Law Firm<br>248 S. Marion Street, Suite 104<br>Oak Park, IL 60302 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197 | Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | ComEd Bill Payment Center<br>P.O. Box 6111<br>Carol Stream, IL 60197 |
| MCSI, Inc.<br>P.O. Box 327<br>Palos Heights, IL 60463 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | IL Dept of Employment Security<br>Benefit Payment Control Division<br>P.O. Box 4385<br>Chicago, IL 60680-4385 |
| Illinois Department of Employment Security<br>33 S. State Street, 10th Floor<br>Chicago, IL 60603-2804 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | IHOP Restaurants, LLC<br>Robert Richards, c/o Dentons<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361 |
| International House of Pancakes LLC<br>c/o General Counsel<br>525 N. Brand Boulevard, 3rd Floor<br>Glendale, CA 91203-3991 | JPMorgan Chase Bank, National Association<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216 | JPMorgan Chase Bank, NA<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604-2027 | Merle L. Royce II Law<br>70 W. Madison Street, Suite 2100<br>Chicago, IL 60602-4253 | B&E Dishwashing (Sanihawk)<br>PO Box 2155<br>Northbrook, IL 60065-2155 |
| Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181-4204 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Discover Financial Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| MYDSNB<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Merchants Credit Guide<br>223 W. Jackson Boulevard<br>Suite 4<br>Chicago, IL 60606-6914 | The Distribution Group Inc.<br>c/o Van Eerden Food Service<br>PO Box 3110<br>Grand Rapids, MI 49501-3110 |
| McLane Foodservice, Inc.<br>Jonathan T. Edwards, Alston & Bird<br>1201 W. Peachtree St, Suite 4900<br>Atlanta, GA 30309-3466 | RY General Contractors Inc.<br>2S561 IL Route 53<br>Glen Ellyn, IL 60137-7175 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |

114554738.2

| | | |
|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Lucky # 5409, Inc.<br>P.O. Box 1947<br>Bridgeview, IL 60455 | Azhar Chaudhry<br>7555 Sholer Avenue<br>Bridgeview, IL 60455-1253 |

114554738.2